THERESA SOKAITIS *v.* ROSE BAKAYSA

The defendant's petition for certification for appeal from the Appellate Court, 105 Conn. App. 663 (AC 28099), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the parties' contract was not unenforceable under General Statutes § 52-553?"

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 18130.

*William J. Sweeney, Jr.*, in support of the petition.

*Sean R. Higgins*, in opposition.

Decided March 25, 2008